ORDER DISSOLVING REHEARING EN BANC. The Court by previous order issued June 15, 2017, by majority vote of judges, granted Appellants’ Motion for Rehearing En Banc. Following that order, upon motion by a judge, a majority of judges voted to dissolve.the en banc proceeding. Accordingly the en banc proceeding is dissolved, and the case is assigned to the panel for further action. WOLF, LEWIS, ROBERTS, MAKAR, BILBREY, and WINOKUR, JJ., concur. OSTERHAUS, WINSOR, and M.K. THOMAS, JJ., dissent. B.L. THOMAS, C.J., dissents with opinion. WETHERELL, ROWE, RAY, KELSEY, and JAY, JJ,, recused.